# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER:  24-6218MJ |
| David William Lawrence, Jr. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, Defendant David William Lawrence, Jr., violated 18 U.S.C. § 922(a)(6) and 924(a)(2), Material False Statement During the Purchase of a Firearm, described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent (SA) for the Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: Marcus Shand, AUSA *MS*

Daniel Johnson, SA for FBI
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

July 11, 2024@10:51am                at    Phoenix, Arizona
Date                                         City and State

HONORABLE ALISON S. BACHUS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNT**

**COUNT 1**

**Material False Statement During the Purchase of a Firearm**

On or about March 2, 2024, in the District of Arizona, Defendant DAVID WILLIAM LAWRENCE, JR. knowingly made false statements and representations in connection with the acquisition of a firearm to Youngtown Pawn, which were intended and likely to deceive Youngtown Pawn as to a fact material to the lawfulness of a sale of a firearm by Youngtown Pawn, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Youngtown Pawn, in that Defendant DAVID WILLIAM LAWRENCE, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating: (1) that he had not been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imposed a sentence of imprisonment of more than one year; (2) that he had not been discharged from the Armed Forces under dishonorable conditions; and (3) that he was not subject to a court order restraining him from harassing, stalking, or threatening a child or an intimate partner or child of such partner:

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

Your Affiant, Daniel Johnson, a Special Agent for the Federal Bureau of Investigation in Phoenix, Arizona, being first duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been since September 7, 2014. Your Affiant has investigated numerous weapons related offenses in collaboration with both state and federally sworn officers. Your Affiant has also investigated violent criminal offenses, as well as hate crimes, color-of-law violations, and public corruption.

2.     The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training, and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by witnesses; analysis of public records; analysis of telephone records; and review of surveillance footage.

3.     The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.  Based on the below facts, your Affiant submits there is probable cause that DAVID WILLIAM LAWRENCE, JR. (LAWRENCE) violated Title 18, U.S.C. §§ 922(a)(6) and 924(a)(2), Material False Statement During the Purchase of a Firearm.

### BACKGROUND

4.     Your Affiant is the Threat Management Coordinator (TMC) for the Phoenix Division of the FBI, a liaison and coordination role with the FBI's Behavioral Analysis Unit.   On March 5, 2024, your Affiant received notice from the FBI's Criminal Justice Information and Services (CJIS) Division's Threat Triage Team (TTT) that LAWRENCE, a prohibited possessor with a history of violence, had attempted to purchase a firearm on March 2, 2024.

5.      On March 5, 2024, your Affiant contacted El Mirage Police Department (EMPD), the local agency within whose jurisdiction LAWRENCE resides.   EMPD reported recent contact with LAWRENCE as follows:

a.  On February 29, 2024, LAWRENCE presented himself at the EMPD station to complain about a fraud matter.   In the parking lot of the station, LAWRENCE told off-duty Arizona Department of Public Safety Trooper Gavin, #10778, that he believed the police wouldn't do anything and he "just wanted to kill someone."

b.  On February 29, 2024, EMPD contacted LAWRENCE and learned about his grievance.   LAWRENCE stated the following:

    i.  LAWRENCE said that his wife, Nicole Garcia, died two weeks earlier;

    ii.  LAWRENCE was responsible for extensive medical bills;

    iii.  LAWRENCE anticipated eviction due to being late on his rent;

    iv.  LAWRENCE's vehicle was recently repossessed; and

    v.  LAWRENCE's mother-in-law, Cathy Garcia, was fraudulently using GoFundMe to raise funds in Nicole's name.

6.      On March 11, 2024, EMPD's victim advocate unit engaged with LAWRENCE, who told EMPD that he no longer wanted to pursue a fraud case against Cathy Garcia.   Rather, LAWRENCE had given custody of his children to Cathy Garcia and planned to move "two hours north" to start over.   LAWRENCE was not aggressive in his tone or demeanor during this interaction.

7.      On June 28, 2024, an anonymous person contacted the FBI regarding LAWRENCE. The tipster said that they had worked with LAWRENCE at the company Bartlett Homes and Roofing, based out of Idaho, and knew from colleagues that LAWRENCE was communicating about:

a.  Getting away with multiple murders;

b.  Transmitting images of decapitated heads; and

c.  "next week will be an interesting week for 2 of your markets be prepared, America" [sic]

8.     The tipster directed the FBI to LAWRENCE's TikTok profile and stated that they would not provide their personal information because of their fear of LAWRENCE.

9.     LAWRENCE is active on TikTok as @warcriminal2011.  An initial review of the videos LAWRENCE posted using these profiles indicated that LAWRENCE was not only aware that he was a convicted criminal but discussed the media coverage of his trial and conviction. LAWRENCE specifically addressed the crime for which he was convicted and indicated that he does not regret killing a defenseless person and that his recollection of his actions "makes [him] happy" and "it brings great joy to [his] mind."  He stated further that the person he killed was "chained up to the floor, couldn't move at all…he was helpless..."

10.     LAWRENCE is also active on YouTube as username "Warcriminal2011."  In the description of his user account also known as the "bio" section of the page, LAWRENCE describes himself as a "Taliban Executor."  An initial review of the videos LAWRENCE posted using these profiles indicated that LAWRENCE was not only aware that he was a convicted criminal but discussed the media coverage of his trial and conviction.  All of the videos reviewed appeared to have been initially posted to LAWRENCE's TikTok profile.

11.     Subsequent review of other law enforcement contact revealed that LAWRENCE had been subject to a threat complaint in 2023 handled by the Phoenix Police Department (PPD). On July 6, 2023, PPD was notified that LAWRENCE had sent threatening communication to a business on being told LAWRENCE would not be hired.  LAWRENCE, using email davidlawrence72290@gmail.com, sent an email with images of dismembered human body parts and text that included the statement that he "use to kill people for a living and wanted to share… excuse the fuck out of me for not being a kiss ass worthless convict cunt you normally hire. You're bad at your job.  See you around fuckheads."

### PROBABLE CAUSE

12.     LAWRENCE attempted to purchase a Dickinson Arms 12-gauge shotgun from Youngtown Pawn, 11115 NW Grand Ave. #7, Youngstown, AZ 85363.  In attempting to purchase the weapon, LAWRENCE filled out the ATF Form 4473.  LAWRENCE stated on the form that he:

a. Had not been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned LAWRENCE for more than one year, even if he received a shorter sentence;

b. Had not been discharged from the Armed Forces under dishonorable conditions; and

c. Was not subject to a court order restraining LAWRENCE from harassing, stalking, or threatening LAWRENCE's child, LAWRENCE's intimate partner, or such a partner's child.

13. Government records indicate that LAWRENCE:

a. Had been convicted by a military court of a felony, murder, in 2011, for which he was sentenced to ten years confinement;

b. Had been dishonorably discharged from the U.S. Army in 2018 with an additional 120 months parole; and

c. Was subject to a court order restraining LAWRENCE from harassing, stalking, or threatening M.T., and M.T.'s children, with an expiration of July 10, 2024.

14. LAWRENCE's interactions with law enforcement and the public, to include LAWRENCE's interactions through social media, indicate that he is aware of his status as a dishonorably discharged, convicted felon. Further, records indicate that LAWRENCE was served with the aforementioned restraining order on July 10, 2023.

## **CONCLUSION**

15. For these reasons, your Affiant submits that there is probable cause to believe that DAVID WILLIAM LAWRENCE, JR. committed a violation of Title 18, U.S.C. §§ 922(a)(6) and 924(a)(2), Material False Statement During the Purchase of a Firearm.

//

//

//

//

16.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

DANIEL JOHNSON
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically this __11th__ day of July, 2024.

HONORABLE ALISON S. BACHUS
United States Magistrate Judge